1004

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00287-1, Toni A. Sheldon, J., entered July 11, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 42564-5-II. Division Two. August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. McDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00161-0, Amber L. Finlay, J., entered September 12, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.

[No. 42625-1-II. Division Two. August 9, 2012.]

*In the Matter of the Parenting and Support of* O.G.F.

RICHARD M. FELLOWS, *Appellant*, v. COLLEEN J. WASNER, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-3-00440-7, Anne Hirsch, J., entered August 24, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 42882-2-II. Division Two. August 9, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS PAUL SHIVE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00747-7, James W. Lawler, J., entered December 5, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Van Deren, J.